UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **MARK A. SIMON, ET AL** | **CIVIL ACTION NO. 10-338** |
| **VERSUS** | **MAGISTRATE JUDGE HANNA** |
| **ALLSTATE INSURANCE CO., ET AL** | **BY CONSENT OF THE PARTIES** |

*REMAND ORDER*

On December 13, 2010, the plaintiffs amended their complaint to include as defendants non-diverse parties the City of Abbeville and the State of Louisiana, Department of Transportation and Development. All parties agree and the court finds the addition of these parties destroys diversity subject matter jurisdiction under 28 U.S.C. §1332. There being no other basis of subject matter jurisdiction,

**IT IS ORDERED** that this matter is **REMANDED** to the 15th Judicial District Court, Parish of Vermilion, State of Louisiana.

Lafayette, Louisiana, this 16th day of December, 2010.

_____
Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)